HUGH J. STEPHENS, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $50,000, as of the date of rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of the evidence on the question of damages and is excessive. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of JULIUS KERSTEN and Another, Respondents, for the Appointment of Commissioners Pursuant to Section 159 of the Village Law, to Assess the Damages Resulting from Change of Grade of Halstead Avenue in the Village of Sloan, N. Y., Appellant.— Orders affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis and Sears, JJ.; Taylor, J., not sitting.

KATHRYN SCHMIDT, Appellant, v. HENRY SCHMIDT, Respondent.— Interlocutory judgment affirmed, without costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

PETER ORLANDO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

SALVATORE ORLANDO, an Infant, by JOSEPH ORLANDO, His Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MORRIS LIPEDES, Respondent, v. THE LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, LTD., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MARY SHAW, Appellant, v. HENRY MORSE and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

FLORENCE MATHER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY PRZYBYL, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FRANCISZKA KOSCIELNIAK, Respondent, v. MICHAEL SZYMCZAK, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

DEAN, LEE & CO., INC., Respondent, v. J. M. McAULEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crouch, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

EUGENE B. DUNLAY, Respondent, v. EDWARD P. DORAN and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.